## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 13-80005-T/P-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

ARMANDO LOPEZ,
    Defendant.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING SENTENCING HEARING

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 12], dated January 23, 2014. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Wednesday, February 26, 2014,** at **9:30 a.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 24th day of February, 2014.

**copy furnished:**
AUSA Stephanie D. Evans
AFPD Robin C. Rosen-Evans
United States Marshal's Service
United States Probation Office

                                              Daniel T. K. Hurley
                                         United States District Judge